Robert TABAK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50533.

Missouri Court of Appeals,
Western District.

Sept. 19, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

1. All statutory references are to RSMo 1994 unless otherwise indicated.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Robert Tabak appeals the denial of his Rule 24.035 postconviction motion. He claims his guilty plea was not entered knowingly and voluntarily due to his medical condition and use of medications. The order of the trial court denying Mr. Tabak's Rule 24.035 postconviction motion is not clearly erroneous and is affirmed. Rule 84.16(b).